AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America
v.
Larry Mitchell Hopkins
aka Johnny Horton, Jr.

*Defendant*

Case No. 19Mj1042

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Larry Mitchell Hopkins
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Violation of 18 USC 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm and Ammunition.

Date: 20 Apr 2019

*Issuing officer's signature*

City and state: Las Cruces, NM

Gregory B. Wormuth, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*