# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

Before the Honorable GREGORY B. WORMUTH

CRIMINAL CLERK'S MINUTES at Las Cruces

| | | | | |
|---|---|---|---|---|
| Case Number: | **19-1042 MJ** | Date: | **4/22/19** | Recording Information: **LCR TORTUGAS** |
| Clerk: | **REBECCA HELMICK** | Type of Hearing: | **INITIAL APPEARANCE** | |

| Defendant(s): | Attorney(s): | Appt'd. | Ret'd. |
|---|---|---|---|
| **LARRY MITCHELL HOPKINS** | **FPD STANDING IN – DANIEL RUBIN** | ☒ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

| | | | |
|---|---|---|---|
| Assistant U.S. Attorney: | **GEORGE KRAEHE** | Interpreter: | **N/A** |
| Pretrial Officer: | **GEORGE HERRERA** | Court in Session: | **10:34-10:38; 10:48-10:51 A.M.   3 MIN** |

- ☐ Agent sworn in open Court
- ☒ Court questions Defendant regarding his/her physical and mental condition, age, education
- ☒ Court advises Defendant(s) of possible penalties and all constitutional rights
- ☒ ORAL Motion for Detention Hearing by Government
- ☒ Court grants ☒ Government's ☐ Defense counsel's oral motion to continue detention hearing
- ☐ Waiver of preliminary hearing & right to grand jury presentment filed in open court
- ☐ Defendant admitted violation; Matter referred to the District Judge For a Disposition Hearing
- ☒ Set for arraignment/detention on 4/29/2019 at 9:30 A.M.; Rio Grande Courtroom before Judge Molzen

- ☒ Defendant in custody
- ☐ Conditions of Release continued on Page 2

- ☒ Other: **PRETRIAL SERVICES TO INTERVIEW DEFENDANT; DEFENDANT HAS RETAINED COUNSEL; ENTRY OF APPEARANCE TO BE FILED; MATTER TO BE TRANSFERRED TO ALBQ., DEFENDANT REMANDED PENDING HEARING**