AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO
2019 APR 23 PM 3:08
CLERK-LAS CRUCES

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Larry Mitchell Hopkins | ) | Case No. 19MJ1042 |
| aka Johnny Horton, Jr. | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Larry Mitchell Hopkins,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Violation of 18 USC 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm and Ammunition.

Date: 20 Apr 2019

_____
Issuing officer's signature

Gregory B. Wormuth, U.S. Magistrate Judge
Printed name and title

City and state: Las Cruces, NM

### Return

This warrant was received on *(date)* 04/20/2019, and the person was arrested on *(date)* 4/22/2019
at *(city and state)* Sunland Park, NM.

Date: 4/22/2019

_____
Arresting officer's signature

Parker Olding, Special Agent
Printed name and title