IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,                                                  No. 19-mj-01042

v.

LARRY MITCHELL HOPKINS
aka JOHNNY HORTON, JR.

## ENTRY OF APPEARANCE

    COMES NOW attorney Kelly O'Connell, and enters his appearance on behalf of defendant Larry Mitchell Hopkins aka Johnny Horton, Jr. for all matters pertaining herein.

                                                Respectfully Submitted,

                                                *Kelly O'Connell*
                                                Attorney for Defendant
                                                P. O. Box 1922
                                                Las Cruces, NM 88001
                                                (575) 805-1245 Office
                                                (575) 708-2538 Fax

## CERTIFICATE OF SERVICE

    I certify that a copy of this Entry of Appearance was filed through the CM/ECF system which caused the following parties to be served electronically: Assistant U.S. Attorney George C. Kraehe, 201 3rd Street NW, Suite 900, Albuquerque, NM 87102, this 25th day of April, 2019

                                                  *Kelly O'Connell*